516 A.2d 1384

**COMMONWEALTH of Pennsylvania**

v.

**Thurman MEARION, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1986.

Decided Nov. 12, 1986.

A. Charles Peruto, Jr., Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Marianne Cox, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

374

**ORDER**

PER CURIAM

Appeal dismissed as having been improvidently granted.